UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Children's Health Defense, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Food & Drug Administration, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 6:22-cv-00093-ADA-DTG |

**[Proposed] Order Denying Plaintiffs' Motion to Stay**

Before the Court is Plaintiffs' motion for a stay under 5 U.S.C. § 705. *See* ECF No. 14. Having considered the parties' arguments in light of the governing standard, it is hereby ORDERED that Plaintiffs' motion is DENIED.

Dated: _____.　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Alan D. Albright
　　　　　　　　　　　　　　　　　　　United States District Judge