# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br>DEBORAH L. ELSE, SACHA DIETRICH<br><br>vs.<br><br>FOOD & DRUG ADMINISTRATION,<br>JANET WOODCOCK, ROBERT M. CALIFF | §<br>§<br>§   NO:  WA:22-CV-00093-ADA<br>§<br>§ |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Zoom on November 18, 2022 at 01:30 PM.

IT IS SO ORDERED this 17th day of November, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE