IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, DEBORAH L. ELSE, SACHA DIETRICH, AIMEE VILLELLA MCBRIDE, JONATHAN SHOUR, and REBECCA SHOUR, <br> *Plaintiffs*, <br><br> *v.* <br><br> FOOD & DRUG ADMINISTRATION and ROBERT M. CALIFF, <br> *Defendants*. | §§§§§§§§§§§§ | W-22-CV-00093-ADA |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland, ECF No. 13, is hereby vacated.

SIGNED this 11th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1