# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2024

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 23-50167   Children's Health Defense v. FDA
                   USDC No. 6:22-CV-93

Dear Mr. Devlin,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Jasmine J. Forman, Deputy Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 24, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Children's Health Defense, et al.
          v. Food and Drug Administration, et al.
          No. 23-1161
          (Your No. 23-50167)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris,** Clerk

